IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FIRST MIDWEST BANK, an Illinois banking corporation, ) ) ) Plaintiff, ) ) -vs- ) ) RMG SPORTS GROUP LLC, a Florida ) limited liability company, ROBERT M. ) GARBER, an individual, ) ) Defendants. ) | No. 18-cv-05872<br><br>Hon. Ronald A. Guzman<br><br>Hon. Jeffrey Cummings |

## INITIAL JOINT STATUS REPORT

The parties, by and through their undersigned attorneys, pursuant to Magistrate Judge Jeffrey Cummings' Standing Order for Initial Joint Status Report and the Minute entry on Monday, March 11, 2019 (ECF No. 25), file this, their Initial Joint Status Report.

**REFERRAL CASE:**

1) **A brief summary of the claims asserted in the complaint and any counterclaim or third-party complaint.**

   First Midwest Bank filed a four-count complaint (the "Complaint") against RMG Sports Group LLC and Robert M. Garber (collectively, the "Defendants").

   **Count I** of the Complaint asserts a claim for breach of contract based on RMG Sports Group LLC's alleged defaults under the Notes, Security Agreement, and other Loan Documents.

   **Count II** of the Complaint seeks to foreclose First Midwest Bank's security interests in the Collateral, as that term is defined in paragraph 13 of the Complaint.

   **Count III** of the Complaint asserts a claim for breach of contract based on Robert M. Garber's alleged breach of his Guaranty of First Midwest Bank's loans to RMG Sports Group LLC.

   **Count IV** of the Complaint asserts a claim for fraud against Robert M. Garber based on his alleged omissions and misrepresentations to First Midwest Bank.

There are no counterclaims or third-party complaints.

2) **A brief statement of the relief sought, including an itemization of damages.**

First Midwest seeks entry of a judgment in its favor and against the Defendants, jointly and severally, on all Counts of the Complaint in the amount of $1,216,455.76, plus pre-judgment and post-judgment interest at the statutory rates, plus costs, including, but not limited to attorneys' fees and expenses, and such other and further relief as the Court deems just and necessary.

3) **A brief description of the matter referred to the magistrate judge or alternatively, attach a copy of the referral order.**

A copy of the referral order (ECF No. 17), referring this case to the calendar of Magistrate Judge Mason for the purpose of holding proceedings related to: All discovery supervision and all discovery motions including protective orders without authority to extend discovery deadlines, is attached hereto as Exhibit A.

A copy of General Order 19-0005 (ECF No. 23), which transferred civil referral cases pending before Magistrate Judge Mason to Magistrate Judge Cummings, is attached hereto as Exhibit B.

4) **The status of any briefing on the matters referred.**

There are no pending motions.

5) **If the case has been referred for discovery matters, a description of the discovery that has been completed and the future discovery contemplated, including identifying: (a) the depositions that have been taken; (b) the depositions that have been scheduled and the dates set; and (c) any other discovery contemplated.**

The parties exchanged disclosures required under Rule 26(a)(1). First Midwest Bank served the Defendants with requests for the production of documents and interrogatories. The Defendants served First Midwest Bank with requests for documents. First Midwest Bank also issued third-party subpoenas to:

    i.    American Express;
    ii.    Applied Bank;
    iii.    BB&T;
    iv.    Capital One Venture Card;
    v.    Discovery Card;
    vi.    Infiniti Credit Card;
    vii.    Ocean Bank;
    viii.    TD Bank;
    ix.    Wells Fargo Card Services;
    x.    Robert A. Garber.

The depositions of Robert M. Garber and Robert A. Garber are scheduled for March 21, 2019.

The depositions of Christopher Burdeau of Quinn & Company and Kathy Vellios of Vellios Accounting are scheduled for March 25, 2019.

The parties anticipate the need for expert discovery.

**6) Any dates or deadlines established by the district judge for discovery cut-off, submission of pretrial order or trial. If none have been set, a proposed fact discovery cut-off date and whether or not the parties anticipate the need for an expert discovery schedule, which will be set at a later date.**

Judge Guzman ordered All Discovery closed by 7/31/2019. No Extensions.

Pursuant to their Joint Discovery Plan and Joint Conference Report (ECF No. 15), the parties agreed to conduct discovery in the following sequential phases and related to the following issues:

    i.    Completion of written discovery by February 1, 2019;
    ii.    Completion of fact depositions by April 2, 2019;
    iii.    Completion of expert discovery by May 31, 2019.

**7) Status of Settlement Negotiations:**

The parties have been engaged in informal settlement discussions and agree to continue to explore the possibility of settlement in good faith.

RESPECTFULLY SUBMITTED this 21st day of March 2019.

| | |
|---|---|
| /s/ Matthew J. Stockl | /s/ Paul M. Bauch |
| Michael J. Small (ARDC No. 6207645) | Paul M. Bauch |
| Matthew J. Stockl (ARDC No. 6304087) | Carolina Y. Sales |
| FOLEY & LARDNER LLP | Kenneth A. Michaels , Jr. |
| 321 North Clark Street, Suite 2800 | BAUCH & MICHAELS, LLC |
| Chicago, Illinois 60654-5313 | 53 W. Jackson Blvd., Suite 1115 |
| (312) 832-4500 | Chicago, IL 60604 |
| (312) 832-4700 (Facsimile) | (312) 588-5000 |
| msmall@foley.com | pbauch@bauch-michaels.com |
| mstockl@foley.com | csales@bauch-michaels.com |
| | kmichaels@bauch-michaels.com |
| COUNSEL FOR FIRST MIDWEST BANK | |
| | COUNSEL FOR RMG SPORTS GROUP, LLC AND ROBERT M. GARBER |

3

## Exhibit A

**Referral Order**

4853-0062-1709.1

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

First Midwest Bank
                                        Plaintiff,

v.                                                               Case No.: 1:18–cv–05872
                                                                 Honorable Ronald A. Guzman

RMG Sports Group LLC, et al.
                                        Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Michael T. Mason for the purpose of holding proceedings related to: All discovery supervision and all discovery motions including protective orders without authority to extend discovery deadlines. (is, ) Mailed notice.

Dated: October 24, 2018

                                                                         /s/ Ronald A. Guzman

                                                                    United States District Judge

**<u>Exhibit B</u>**

**General Order 19-0005**

4853-0062-1709.1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# GENERAL ORDER 19-0005

It appearing that Jeffrey I. Cummings has entered on duty as a Magistrate Judge for the Northern District of Illinois, with a duty station in Chicago, Illinois, effective February 1, 2019; therefore

It is hereby ordered pursuant to Local Rule 72.1 that Magistrate Judge Cummings is to become the designated magistrate judge in any pending civil or criminal cases where Magistrate Judge Michael T. Mason was the designated magistrate judge as of January 31, 2019; and

It is further ordered that the attached list of civil referral cases pending before Magistrate Judge Mason are hereby transferred to Magistrate Judge Cummings; and

It is further ordered pursuant to Internal Operating Procedure 17, the attached list of civil cases where the parties previously consented to proceed before Magistrate Judge Mason are hereby reassigned to Magistrate Judge Cummings; and

It is further ordered that, unless otherwise ordered by Magistrate Judge Cummings, all hearing dates, deadlines, and schedules set by Magistrate Judge Mason in the attached list of cases are to remain in effect.

**ENTER:**
**FOR THE EXECUTIVE COMMITTEE**

Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this /s/ day of February, 2019

1

**Civil Consent Cases to be Reassigned to Magistrate Judge Jeffrey I. Cummings**

| Case Number | Case Title |
|---|---|
| 1:12-cv-08165 | Williams v. Wexford Health Sources Inc et al |
| 1:15-cv-07797 | Friendship Village of Mill Creek v. Lend Lease (US) Construction, Inc. |
| 1:16-cv-05151 | Villa et al v. The United States of America |
| 1:16-cv-07015 | Dineen v. Oliver et al |
| 1:17-cv-04559 | Hansen v. Berryhill |
| 1:17-cv-04850 | Wells v. Berryhill |
| 1:17-cv-06552 | Fondriest v. Berryhill |
| 1:17-cv-06597 | Kakoczki v. Berryhill |
| 1:17-cv-06669 | Marshall v. Berryhill |
| 1:17-cv-07537 | Lee v. Berryhill |
| 1:17-cv-07900 | McCary v. Berryhill |
| 1:17-cv-08348 | Stansberry v. Cook County Sheriff Jail et al |
| 1:17-cv-08536 | Wasieleski v. Berryhill |
| 1:17-cv-08607 | Gonzalez v. Colvin |
| 1:17-cv-08732 | The Prudential Insurance Company Of America v. Newman et al |
| 1:17-cv-09113 | Bell v. Social Security Administration |
| 1:18-cv-00236 | Buschman v. Berryhill |
| 1:18-cv-01074 | Cotton v. City of Harvey et al |
| 1:18-cv-01533 | DoAll Company v. Air Industries Mach |
| 1:18-cv-02019 | Kallenborn v. Berryhill |
| 1:18-cv-02098 | Alar v. Berryhill |
| 1:18-cv-02926 | Matthews v. Berryhill |
| 1:18-cv-03046 | Jensen v. Berryhill |
| 1:18-cv-03415 | Keener v. Berryhill |
| 1:18-cv-03711 | Robinson et al v. Berryhill |
| 1:18-cv-03806 | Moody v. Berryhill |
| 1:18-cv-03952 | Grigsby v. Berryhill |
| 1:18-cv-04282 | Jackson National Life Insurance Company v. Kelly et al |
| 1:18-cv-04531 | Romes v. Berryhill |
| 1:18-cv-04759 | Taff v. Berryhill |
| 1:18-cv-04904 | Lopez v. Berryhill |
| 1:18-cv-05457 | Johnson v. Berryhill |
| 1:18-cv-05602 | Colic v. Berryhill |
| 1:18-cv-05891 | Bryant v. Berryhill |
| 1:18-cv-06095 | Schunke v. Commissioner of Social Security |
| 1:18-cv-06377 | Cole v. Traylor et al |
| 1:18-cv-06414 | Eckles v. Berryhill |
| 1:18-cv-06553 | Williams v. Berryhill |
| 1:18-cv-06949 | Marcordes v. Berryhill |
| 1:18-cv-07326 | Cross v. Berryhill |
| 3:18-cv-50136 | Robinson v. Berryhill |

**Civil Referral Cases to be Transferred to Magistrate Judge Jeffrey I. Cummings**

| Case Number | Case Title | District Judge |
|---|---|---|
| 1:13-cv-07998 | Hespe v. City Of Chicago et al | Alonso |
| 1:13-cv-09328 | Donado v. Randle et al | Gettleman |
| 1:14-cv-02556 | Ramos et al. v. Drews et al | Dow |
| 1:14-cv-08708 | Van et al. v. Ford Motor Company | Dow |
| 1:15-cv-09518 | UIRC-GSA Holdings, LLC v. Rainier GSA Portfolio I, LLC | Gettleman |
| 1:15-cv-10463 | B. et al v. Norwood | Kocoras |
| 1:15-cv-11192 | Trahanas v. Northwestern University et al | Tharp |
| 1:16-cv-03096 | Gentleman v. Massachusetts Higher Education Assistance Corporation et al | Coleman |
| 1:16-cv-03371 | Sonrai Systems, LLC et al v. Anthony M. Romano et al | Durkin |
| 1:16-cv-05999 | Scheidt v. Floor Covering Associates, Inc. | Dow |
| 1:16-cv-07319 | Garrit et al v. City of Chicago et al | Gettleman |
| 1:16-cv-09417 | Maxson v. Dwyer et al | Gettleman |
| 1:16-cv-10017 | Foster v. Kononov et al | Tharp |
| 1:16-cv-10495 | Blue Book Services, Inc. v. Amerihua Produce Inc. | Chang |
| 1:17-cv-00040 | Mercado v. Dart et al | Wood |
| 1:17-cv-00212 | Frison v. Obassi et al | Gettleman |
| 1:17-cv-00461 | Leflore v. Aurora Police Dept. et al | Dow |
| 1:17-cv-00891 | Laborers' Pension Fund et al v. GA Paving, LLC et al | Dow |
| 1:17-cv-02027 | Moran v. Calumet City et al | Gettleman |
| 1:17-cv-02440 | Hormoz v. 1-800-Pack-Rat, LLC | Gettleman |
| 1:17-cv-02800 | Raymond Willoughby et al v. Village of Fox Lake et al | Guzman |
| 1:17-cv-04023 | Curtis Turner et al v. The American Bottling Company et al | Feinerman |
| 1:17-cv-04180 | PSB Partners, LLC v. F. Kenneth Bailey, Jr., P.C. et al | Lee |
| 1:17-cv-04423 | MIles v. American Honda Motor Co., Inc. | Gettleman |
| 1:17-cv-05454 | Campbell v. Illinois Depart. of Correction et al | Durkin |
| 1:17-cv-05926 | Berthold, L.L.C. et al v. Reinsurance Group of America, Inc. | Durkin |
| 1:17-cv-06598 | Gavin v. Commander Cincarulo et al | Blakey |
| 1:17-cv-06819 | Melgoza v. Rush University Medical Center | Feinerman |
| 1:17-cv-07087 | Flax v. Artl et al | Feinerman |
| 1:17-cv-07179 | Postle v. Allstate Insurance Company | Alonso |
| 1:17-cv-07376 | Greene v. Bellwood School District 88 et al | Alonso |
| 1:17-cv-07910 | Contreras v. Delitz et al | Durkin |
| 1:17-cv-07943 | Beers vs. Gree USA, Inc. et al | Alonso |
| 1:17-cv-08040 | Central States, Southeast and Southwest Areas Health and Welfare Fund et al v. Edgewater Systems for Balanced Living, Inc. | Gottschall |
| 1:17-cv-08232 | Turf Nation, Inc. v. Vrankin | Gettleman |
| 1:17-cv-08381 | Epic Fresh Produce, LLC v. Olympic Wholesale Produce, Inc., et al. | Dow |
| 1:17-cv-08518 | Jaroch v. Florida Fruit Juices, Inc. et al | Kendall |

| | | |
|---|---|---|
| 1:17-cv-08714 | Gudkovich v. Mayor Office for People with Disabilities et al | Durkin |
| 1:18-cv-00092 | Brown-Lewis v. Laboratory Corporation of America | Aspen |
| 1:18-cv-00399 | Turpial Enterprises v. Pro Star Freight Systems Inc | Durkin |
| 1:18-cv-01234 | Peck et al v. olympia construction group, Inc., an Illinois corporation et al | Gettleman |
| 1:18-cv-02886 | Olympia Construction Group, Inc. v. Peck | |
| 1:18-cv-01526 | Molinari v. Financial Asset Management Systems, Inc. | Ellis |
| 1:18-cv-02186 | Reed-McLaren v. Fay Servicing, LLC | Feinerman |
| 1:18-cv-02560 | Bazer v. Brew Dr. Kombucha, LLC | Alonso |
| 1:18-cv-02951 | Acevedo v. Staffing Network, LLC | Wood |
| 1:18-cv-03018 | Global Development Management, Ltd. v. Forman Realty Corporation | Gettleman |
| 1:18-cv-03202 | Alexander et al v. Great American Foods, Inc. et al. | Coleman |
| 1:18-cv-03392 | Emalfarb v. Fasseas | Guzman |
| 1:18-cv-03861 | Shorter v. Board of Trustee of Community College District #508 | Tharp |
| 1:18-cv-03979 | Berger v. Walmart | Lee |
| 1:18-cv-04474 | Murphy v. City of Markham | Wood |
| 1:18-cv-04613 | Rongey v. Anselmo Lindberg & Associates LLC | Alonso |
| 1:18-cv-04767 | Prebe v. Northern Illinois Clinical Laboratory Ltd. | Guzman |
| 1:18-cv-04886 | Reihart v. Village of Hanover Park, Illinois | Alonso |
| 1:18-cv-04974 | Dawood v. AT&T (Illinois Bell) | Ellis |
| 1:18-cv-05232 | Perez v. Martinez et al | Bucklo |
| 1:18-cv-06599 | Jones v. Chicago Housing Authority et al | Lee |
| 1:18-cv-06669 | Hyer Standards LLC v. Super G Capital LLC et al | Kocoras |
| 1:18-cv-07702 | Popovich v. Dart Container Corporation of Illinois | Bucklo |
| 1:18-cv-02886 | Olympia Construction Group, Inc. v. Peck | Gettleman |
| 1:18-cv-03018 | Global Development Management, Ltd. v. Forman | Gettleman |
| 1:18-cv-03202 | Alexander et al v. Great American Foods, Inc. et al. | Coleman |
| 1:18-cv-03392 | Emalfarb v. Fasseas | Guzman |
| 1:18-cv-03861 | Shorter v. Board of Trustee of Community College District #508 | Tharp |
| 1:18-cv-04184 | Bernadi v. Platinum Restaurant LLC | Tharp |
| 1:18-cv-04613 | Rongey v. Anselmo Lindberg & Associates LLC | Alonso |
| 1:18-cv-04767 | Prebe v. Northern Illinois Clinical Laboratory Ltd. | Guzman |
| 1:18-cv-04886 | Reihart v. Village of Hanover Park, Illinois | Alonso |
| 1:18-cv-04974 | Dawood v. AT&T (Illinois Bell) | Ellis |
| 1:18-cv-05118 | Cuellar et al v. City Of Oak Forest et al | Tharp |
| 1:18-cv-05467 | Robinson v. Menard, Inc. | Coleman |
| 1:18-cv-05553 | Bradley v. Williamson | Bucklo |
| 1:18-cv-05556 | Granat v. Readerlink Distribution Services, LLC. | Coleman |
| 1:18-cv-05633 | Rice v. Zoll Medical Corporation et al | Coleman |
| 1:18-cv-05840 | Schmitt v. Adlai E. Stevenson High School District 125 | Alonso |
| 1:18-cv-05872 | First Midwest Bank v. RMG Sports Group LLC et al | Guzman |

| | | |
|---|---|---|
| 1:18-cv-05946 | Johnson et al v. City of Yorkville et al | Alonso |
| 1:18-cv-05982 | Automobile Mechanics' Local No. 701 Union and Industry Pension Fund et al v. Daimler Trucks North America, LLC | Alonso |
| 1:18-cv-06007 | Meridian Laboratories Inc v. OncoGenerix USA, Inc | Alonso |
| 1:18-cv-06362 | Mysliwiec v. Franklin Collection Service, Inc. | Alonso |
| 1:18-cv-06054 | Palmer v. City of Chicago et al | Gettleman |
| 1:18-cv-06116 | Chicago Premium Outlets, LLC v. Beretta U.S.A. Corp. | Coleman |
| 1:18-cv-06761 | Contreras et al v. National Restorations, Inc. et al | Alonso |
| 1:18-cv-06797 | Mitsui Sumitomo Insurance Co., Ltd. v. All Nippon Airways Co., Ltd. | Alonso |
| 1:18-cv-07403 | Taylor v. Kilmer et al | Alonso |
| 1:18-cv-07550 | De Jesus v. FCC Finance, LLC | Tharp |
| 1:18-cv-07702 | Popovich v. Dart Container Corporation of Illinois | Bucklo |
| 1:18-cv-07710 | Heaton v. GC Services Limited Partnership | Wood |
| 1:18-cv-08052 | Midwest Operating Engineers Welfare Fund et al v. D.C.S. Trucking Co. | Bucklo |
| 1:19-cv-0458 | Donoff v. Delta Air Lines | Alonso |